# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VANESSA R. HOLLIS-EARL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 13-cv-972-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Agreed Motion to Award EAJA Fees. **(Doc. 35).** The Court notes that the motion was not signed by plaintiff's counsel. However, the time for responding to the motion has passed, and plaintiff has not filed any objection.

The parties agree that plaintiff is entitled to an award of fees, costs and expenses in the amount of $6,346.76.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, costs and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Motion **(Doc. 35)** is **GRANTED**. The Court awards plaintiff Vanessa R. Hollis-Earl the sum of **$6,346.76.00** for attorney's fees, costs and expenses pursuant to the Equal Access to Justice Act. These funds shall be

1

payable to plaintiff, per ***Astrue v. Ratliff***, 130 S.Ct. 2521 (2010). However, in accordance with the parties' stipulation, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   August 8, 2014.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**